

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-140-CV

CONGLOMERATE GAS II, L.P.                            APPELLANT

V.

ORO FINANCIAL, INC. AND MICHELLE D. URIA       APPELLEES

----------

### FROM THE 236th DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant's "Agreed Motion To Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* TEX. R. APP. P. 43.4.

PER CURIAM

PANEL D: CAYCE, C.J.; DAUPHINOT and MCCOY, JJ.

DELIVERED: June 12, 2008

---

[1] *See* TEX. R. APP. P. 47.4.